**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PHENIX LONGHORN, LLC,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 6:17-cv-00010-RWS-KNM | |
| § | | |
| **VIZIO, INC.,** § | **JURY TRIAL DEMANDED** | |
| § | | |
| Defendant. § | | |

**JOINT MOTION FOR ENTRY OF DISCOVERY ORDER**

Pursuant to the Court's Order (Doc. No. 26), Plaintiff Phenix Longhorn, LLC and Defendant Vizio, Inc. hereby jointly move the Court to enter the attached Agreed Discovery Order in the above entitled and numbered action.

Dated: April 28, 2017

Respectfully submitted,

*/Andy Tindel w/ permission of Lead Attorney/*

NICOLAS S. GIKKAS (Lead Attorney)
California State Bar No. 189452
Email: nsg@gikkaslaw.com

LEWIS E. HUDNELL, III
California State Bar No. 218736
Email: leh@gikkaslaw.com

THE GIKKAS LAW FIRM, P.C.
530 Lytton Avenue, 2nd Floor
Palo Alto, California 94301
Telephone: (650) 617-3419
Facsimile: (650) 618-2600

ANDY TINDEL
Texas State Bar No. 20054500

MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS FOR PLAINTIFF
PHENIX LONGHORN, LLC**


*/s/ Lauren Sliger*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

James M. Lee
California Bar No. 192301 (admitted in E.D. Tex.)
Lauren C. Sliger
California Bar. No. 213880 (admitted in E.D. Tex.)
Timothy S. Fox
California Bar No. 280918 (admitted in E.D. Tex.)
Casey H. Kempner
California Bar No. 272149 (admitted in E.D. Tex.)
**LTL Attorneys, LLP**
300 South Grand Ave., 14th Floor
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
Email: james.lee@ltlattorneys.com
Email: lauren.sliger@ltlattorneys.com
Email: timothy.fox@ltlattorneys.com
Email: casey.kempner@ltlattorneys.com

**ATTORNEYS FOR DEFENDANT VIZIO, INC.**

**CERTIFICATE OF SERVICE**

      This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 28th of April, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_/s/ Andy Tindel_

Andy Tindel