**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PHENIX LONGHORN, LLC,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CIVIL ACTION NO. 6:17-CV-10** |
| **VIZIO, INC.,** | § § | |
| *Defendant*. | § § | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED**.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED** this 8th day of January, 2018.

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE